| | |
|---|---|
| Mark A. Bailey, Esq., WSBA #26337<br>Beresford Booth PLLC<br>145 Third Avenue South, Ste. 200<br>Edmonds, WA 98020<br>Phone (425) 776-4100<br>Fax (425) 776-1700<br>Attorney for U.S. Bank National Association,<br>as Trustee, on behalf of the holders of<br>Adjustable Rate Mortgage Trust 2007-2<br>Adjustable Rate Mortgage-Backed Pass-<br>Through Certificates, Series 2007-2, and<br>its loan servicing agent, Select Portfolio<br>Servicing, Inc. | The Honorable Patricia C. Williams<br>Chapter 7<br>Response Date: January 14, 2011 |

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| In re:<br><br>ANGELA UKPOMA,<br><br>                Debtor. | NO. 10-06815<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF REAL PROPERTY AND DISTRICT COURT LAWSUIT** |

TO:       Angela Ukpoma, *Pro Se*;

AND TO:   All Parties on the Master Mailing List and Creditors listed in the Debtor's Schedules D, E and F;

AND TO:   Bruce Boyden, Chapter 7 Trustee;

AND TO:   U.S. Trustee.

     PLEASE TAKE NOTICE that secured creditor U.S. Bank National Association, as Trustee, on behalf of the Holders of Adjustable Rate Mortgage

NOTICE OF MOTION FOR STAY RELIEF - 1

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

10-06815-PCW7   Doc 11   Filed 12/27/10   Entered 12/27/10 17:16:59   Pg 1 of 6

Trust 2007-2 Adjustable Rate Mortgage-Backed Pass Through Certificates, Series 2007-2 (the "Trust"), and its loan servicing agent, Select Portfolio Servicing, Inc. ("SPS"), have moved this Court for an order terminating the automatic stay of 11 U.S.C. §362(a), and abandoning property of the estate. The real property against which the moving parties seek relief is located at 1123 Highway 395 North, Kettle Falls, Washington 99141, and legally described as follows:

> Parcel No. 1700800:
>
> The W1/2 of the W1/2 of the W1/2 of the NW1/4 of the SW1/4, lying Southwest of Primary State Highway No. 3, in Section 13, Township 36 North, Range 37 East W.M., in Stevens County, Washington.
>
> EXCEPT that portion conveyed to the State of Washington for PSH No. 395 by Deed recorded August 1, 1980, under Auditor's File No. 498482.
>
> Together with that portion of the NW1/4 of the SW1/4 of the SW1/4, lying Northerly of the centerline of private easement road as shown and described in the Mutual Easement recorded May 4, 1982, in Volume 71, page 1514, under Auditor's File No. 516419, in Section 13, Township 36 North, Range 37 East, W.M., in Stevens County, Washington.
>
> EXCEPT commencing at the Northwest corner of the SW1/4 of the SW1/4 of said Section 13; thence North 86°03' East along the North line of the said SW1/4 of the SW1/4, 170.00 feet to the True Point of Beginning; thence South 02°49' East 209.00 feet; thence North 86°03' East 209.00 feet; thence North 02°49' West 209.00 feet; thence South 86°03' West 209.00 feet to the True Point of Beginning.

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

ALSO EXCEPT beginning at a point 379.00 feet East of the Northwest corner of said NW1/4 of the SW1/4 of the SW1/4 of said Section 13; thence East 281.00 feet along the East line of said subdivision to the Northeast corner thereof; thence South 660.00 feet along the East line of said subdivision; thence West 660.00 feet along the South line of said subdivision; thence North 451.00 feet along the West line of said subdivision; thence East parallel with the South line of said subdivision 379.00 feet; thence North parallel with the East line of said subdivision 209.00 feet to the Point of Beginning.

(the "Property"). The motion also seeks relief from stay and abandonment of the claims asserted by Angela Ukpoma against SPS in the matter of *Ukpoma v. Select Portfolio Servicing, Inc.*, pending in the United States District Court for the Eastern District of Washington, entitled, Case No. 10-00420-LRS (the "District Court Lawsuit").

Copies of the pleadings and papers filed in support of this motion may be obtained at the United States Bankruptcy Court Clerk's office, or by contacting Mark Bailey at the address listed below.

Pursuant to a Broker's Price Opinion obtained by SPS dated June 9, 2010, the Property has a value of $212,000. The Debtor has scheduled the Property with a value of $250,000. As of December 27, 2010, the total secured loan payoff owed by the Debtor to the Trust was $350,563.70. The Debtor has also listed a federal tax lien on the Property in the amount of $610,862.88 in her schedules.

PLEASE TAKE FURTHER NOTICE that if you object to the granting of the above-described motion, you must file your written objection, stating

NOTICE OF MOTION FOR STAY RELIEF - 3

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

10-06815-PCW7    Doc 11    Filed 12/27/10    Entered 12/27/10 17:16:59    Pg 3 of 6

the grounds therefore as required by Local Bankruptcy Rule 2002-1(f), and a request for hearing, with the Clerk of the above-entitled Court at Room 321, United States Post Office Building, 904 West Riverside, P.O. Box 2164, Spokane, Washington 99210, and serve copies of the objection and request for hearing on the undersigned counsel, the Chapter 7 Trustee, Bruce Boyden, 621 West Mallon, Suite 607, Spokane, Washington 99201, and the U.S. Trustee, 920 West Riverside, Room 593, Spokane, Washington 99201, on or before **Friday, January 14, 2011**. A hearing on your objection will then be scheduled.

SHOULD YOU FAIL TO OBJECT within the time set forth above, relief as requested may be granted without further notice to you. If you have no objection, you need not take any action.

DATED this 27th day of December, 2010.

/s/ Mark A. Bailey
Mark A. Bailey, WSBA No. 26337
BERESFORD BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA 98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com
*Attorney U.S. Bank National Association, as Trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2, and its loan servicing agent, Select Portfolio Servicing, Inc.*

NOTICE OF MOTION FOR STAY RELIEF - 4

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

10-06815-PCW7    Doc 11    Filed 12/27/10    Entered 12/27/10 17:16:59    Pg 4 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants of the CM/ECF system, including:

    Bruce R. Boyden (Trustee)
    BRBat509@aol.com
    WA01@ecfcbis.com

    US Trustee
    USTP.REGION18.SP.ECF@usdoj.gov

I further certify that the foregoing was mailed to all Parties on the Master Mailing List and Creditors listed in the Debtor's Schedules D, E and F, via U.S. Mail to:

| | | |
|---|---|---|
| Angela Ukpoma<br>P.O. Box 1075<br>Kettle Falls, WA 99141 | Angela Ukpoma<br>1123 Highway 395 North Kettle Falls, Washington 99141 | Bruce R. Boyden<br>Law Offices of Bruce R. Boyden<br>621 W Mallon, Ste. 607<br>Spokane, WA 99201-2181 |
| Chrysler Financial<br>2777 Inkster Rd<br>Farmington Hills, MI 48334-5326 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. box 21126<br>Philadelphia, PA 19114-0326 | Quality Loan Service Corp. of Washington<br>19735 10th Ave. NE, Ste. N-200<br>Poulsbo, WA 98370-7478 |
| State of Washington Department of Revenue<br>2101 4th Ave., Ste. 1400<br>Seattle, WA 98121-2300 | US Bank National as Trustee<br>60 Livingston Ave<br>EP MN WS3D<br>St Paul, MN 55107-2292 | US Trustee<br>US Court House<br>920 W Riverside Ave, Ste. 593<br>Spokane, WA 99201-1012 |

NOTICE OF MOTION FOR STAY RELIEF - 5

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

| Chrysler Financial<br>P.O. Box 9223<br>Farmington Hills, MI 48333 | Triburon Financial, LLC<br>P.O. Box 770<br>Boystown, NE 68010 | Jomax Recovery Services<br>20325 N. 51st Ave., Ste. 134<br>Glendale |
|---|---|---|
| BECU<br>P.O. Box 97050<br>Seattle, WA 98124 | Assoc Credit Services<br>12815 E Sprague Ave, Ste. 200<br>Spokane, WA | Mercantile Adjustment Bureau<br>P.O. Box 9016<br>Williamsville, NY 14231 |
| Bank of America<br>4161 Piedmont PKWY NC4-105-01-34<br>Greensboro, NC | Bank of America<br>4161 Piedmont PKWY NC4-105-02-51<br>Greensboro, NC | IC Systems, Inc.<br>P.O. Box 64378<br>Saint Paul, MN 55164 |

DATED this 27th day of December, 2010, at Edmonds, Washington.

/s/ Mark A. Bailey
Mark A. Bailey
BERESFORD BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA 98020
(425) 776-4100
Facsimile: (425) 776-1700
markb@beresfordlaw.com
*Attorney U.S. Bank National Association, as Trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2, and its loan servicing agent, Select Portfolio Servicing, Inc.*

NOTICE OF MOTION FOR STAY RELIEF - 6