IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON, SPOKANE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| ANGELA UKPOMA | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 10-06815-PCW7 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Bank, FSB**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern  PA 19355 0701**

By: /s/ GILBERT B. WEISMAN
  Gilbert B Weisman, Esquire, PA59872
  Becket & Lee LLP, Attorneys/Agent for Creditor
  POB 3001
  Malvern PA 19355-0701
  PHONE:   (610) 644-7800
  FAX:     (610) 993-8493
  EMAIL:   notices@becket-lee.com

  DATE:    01/13/2011

