# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Angela Ukpoma**

Debtor(s)

Case Number: **10-06815-PCW**

Chapter: **7**

**ORDER GRANTING MOTION FOR RELIEF FROM STAY/ABANDONMENT**

THIS MATTER came on for hearing before the Honorable Patricia C. Williams on February 24, 2011 upon creditor Select Portfolio Servicing, Inc.'s Motion for Relief from Stay. The Court reviewed the files and records herein, heard argument of the parties and was fully advised in the premises.

IT IS HEREBY ORDERED as follows:

1. Creditor Select Portfolio Servicing, Inc.'s Motion for Relief from Stay/Abandonment filed on December 27, 2010 is hereby GRANTED.

2. The Court's oral ruling constitute the Findings of Fact and Conclusions of Law.

*/s/ Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

02/24/2011 17:32:24